United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-14350-ref
Paul T. Blankenbiller                                                   Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: Lisa              Page 1 of 2              Date Rcvd: Jul 15, 2016
                             Form ID: 309A           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2016.
db          +Paul T. Blankenbiller,   1615 Eshelman Mill Road,   Willow Street, PA 17584-9466
smg         +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg         +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg         +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13745883    +Beldens Jewelers,   PO Box 3680,   Akron, OH 44309-3680
13745884    +Boscovs,    PO Box 659622,   San Antonio, TX 78265-9622
13745889     Ditech Financial, LLC,   PO Box 6154,   Rapid City, SD 57709-6154
13745890     Encore Receivable Management, Inc.,   PO Box 3330,   Olathe, KS 66063-3330
13745894    +Karen Blankenbiller,   134 Angel Road,   New Ringgold, PA 17960-9498

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: sommersesq@aol.com Jul 16 2016 01:43:07     MITCHELL A. SOMMERS,
              Mitchell A. Sommers, Esquire P.C.,   107 West Main Street,   Ephrata, PA  17522
tr          +EDI: BCCSHUBERT.COM Jul 16 2016 01:28:00     CHRISTINE C. SHUBERT,   821 Wesley Avenue,
              Ocean City, NJ 08226-3622
smg         +E-mail/Text: robertsl2@dnb.com Jul 16 2016 01:45:06     Dun & Bradstreet, INC,
              3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 16 2016 01:44:45
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 16 2016 01:45:24     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust         +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jul 16 2016 01:44:50     United States Trustee,
              Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
13745885    +EDI: CAPITALONE.COM Jul 16 2016 01:28:00     Capital One,   PO Box 71083,
              Charlotte, NC 28272-1083
13745886    +EDI: RMSC.COM Jul 16 2016 01:28:00     Care Credit,   PO Box 960061,   Orlando, FL 32896-0061
13745891    +EDI: FORD.COM Jul 16 2016 01:28:00     Ford Credit,   PO Box 220564,
              Pittsburgh, PA 15257-2564
13745892     E-mail/Text: cneal@horstgroup.com Jul 16 2016 01:43:40     Horst Property Management,
              PO Box 3330,   Lancaster, PA 17604-3330
13745888     EDI: IRS.COM Jul 16 2016 01:28:00     Department of Treasury,   Internal Revenue Service,
              310 Lowell Street,   Andover, MA 01810-4544
13745893     EDI: RMSC.COM Jul 16 2016 01:28:00     JCPenney,   PO Box 960090,   Orlando, FL 32896-0090
13745895    +E-mail/Text: bankruptcymortgage@suntrust.com Jul 16 2016 01:43:34     Suntrust,   PO Box 305053,
              Nashville, TN 37230-5053
                                                                                               TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13745887*       Department of the Treasury,   Internal Revenue Service,   Andover, MA 01810-9041
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2016                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2016 at the address(es) listed below:
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              HOWARD  GERSHMAN    on behalf of Creditor    CAB East LLC/Ford Motor Credit Company LLC
               hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com

```
District/off: 0313-4           User: Lisa                 Page 2 of 2              Date Rcvd: Jul 15, 2016
                               Form ID: 309A              Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        MITCHELL A. SOMMERS   on behalf of Debtor Paul T. Blankenbiller sommersesq@aol.com, kjober@ptd.net
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                 TOTAL: 5

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Paul T. Blankenbiller** | Social Security number or ITIN | xxx–xx–8039 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter | **7**  **6/17/16** |
| Case number: | **16–14350–ref** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15
   **\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Paul T. Blankenbiller | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1615 Eshelman Mill Road<br>Willow Street, PA 17584 | |
| 4. | **Debtor's attorney**<br>Name and address | MITCHELL A. SOMMERS<br>Mitchell A. Sommers, Esquire P.C.<br>107 West Main Street<br>Ephrata, PA 17522 | Contact phone (717) 733–6607<br>Email: sommersesq@aol.com |
| 5. | **Bankruptcy trustee**<br>Name and address | CHRISTINE C. SHUBERT<br>821 Wesley Avenue<br>Ocean City, NJ 08226 | Contact phone (609) 938–4191<br>Email: christine.shubert@comcast.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

Debtor **Paul T. Blankenbiller**        Case number **16–14350–ref**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Office Hours: <u>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.</u><br><br>Contact phone (610)2085040<br><br>Date: 7/15/16 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 8, 2016 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Lancaster Marriott at Penn Square, 25 South Queen Street, Lancaster, PA 17603** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/7/16** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page **2**