Certificate Number: 15317-PAE-DE-027823902

Bankruptcy Case Number: 16-14350



15317-PAE-DE-027823902

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 28, 2016</u>, at <u>3:40</u> o'clock <u>PM PDT</u>, <u>Paul T Blankenbiller</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>July 28, 2016</u>            By:   <u>/s/Jerry Fajardo</u>

                                        Name:  <u>Jerry Fajardo</u>

                                        Title:  <u>Counselor</u>