IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

PAUL T. BLANKENBILLER                    NO. 16-14350 REF
                                         CHAPTER 7
                                         Hearing:  JULY 28, 2016

ORDER GRANTING CAB EAST, LLC/FORD MOTOR CREDIT COMPANY, LLC
RELIEF FROM STAY Re: LEASED 2014 FORD FOCUS

AND NOW, upon consideration of the Motion of CAB East, LLC/Ford Motor Credit Company, LLC for Relief from the Automatic Stay, there being no response thereto, it is hereby ORDERED, effective immediately:

CAB East, LLC/Ford Motor Credit Company, LLC is granted relief from the Automatic Stay of Bankruptcy Codes §§ 362a, and is free to exercise all of its *in rem* rights as the owner/lessor of a 2014 Ford Focus [VIN...251185] leased by Debtor.

BY THE COURT:

Date: July 29, 2016

_____
Bankruptcy Judge