United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-14350-ref
Paul T. Blankenbiller                                                   Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: Cathleen          Page 1 of 1          Date Rcvd: Jul 29, 2016
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2016.
db              +Paul T. Blankenbiller,    1615 Eshelman Mill Road,    Willow Street, PA 17584-9466

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2016 at the address(es) listed below:
      CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
      HOWARD GERSHMAN    on behalf of Creditor    CAB East LLC/Ford Motor Credit Company LLC
       hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      MITCHELL A. SOMMERS    on behalf of Debtor Paul T. Blankenbiller sommersesq@aol.com,
       kjober@ptd.net
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                 TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    PAUL T. BLANKENBILLER           NO. 16-14350 REF
                                                CHAPTER 7
                                                Hearing: JULY 28, 2016

ORDER GRANTING CAB EAST, LLC/FORD MOTOR CREDIT COMPANY, LLC
RELIEF FROM STAY Re: LEASED 2014 FORD FOCUS

AND NOW, upon consideration of the Motion of CAB East, LLC/Ford Motor Credit Company, LLC for Relief from the Automatic Stay, there being no response thereto, it is hereby ORDERED, effective immediately:

CAB East, LLC/Ford Motor Credit Company, LLC is granted relief from the Automatic Stay of Bankruptcy Codes §§ 362a, and is free to exercise all of its *in rem* rights as the owner/lessor of a 2014 Ford Focus [VIN...251185] leased by Debtor.

BY THE COURT:

**Date: July 29, 2016**

_____
Bankruptcy Judge