## Kelly Ober

| | |
|---|---|
| **From:** | Sommersesq@aol.com |
| **Sent:** | Monday, August 01, 2016 5:03 PM |
| **To:** | kjober@ptd.net |
| **Subject:** | Fwd: U.S. Bankruptcy Court, Eastern District of Pennsylvania - Returned Mail ... |
| **Attachments:** | R_P41614350309A0042.PDF |

From: USBankruptcyCourts@noticingcenter.com
To: sommersesq@aol.com
Sent: 8/1/2016 5:01:13 P.M. Eastern Daylight Time
Subj: U.S. Bankruptcy Court, Eastern District of Pennsylvania - Returned Mail Notice, In re: Paul T. Blankenbiller, Case Number: 16-14350, ref, Ref: [p-97887230]

Notice of Returned Mail to Debtor/Debtor's Attorney

August 1, 2016

From: United States Bankruptcy Court, Eastern District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

   In re: Paul T. Blankenbiller, Case Number 16-14350, ref

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Reading**
**400 Washington Street**
**Suite 300**
**Reading, PA 19601**

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Encore Receivable Management, Inc.
PO Box 3330
Olathe, KS 66063-3330

THE UPDATED ADDRESS IS:

Encore Receivable
400 N Rogers Rd
Olathe, KS 66062

_____          8/5/16
Signature of Debtor or Debtor's Attorney        Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

FILED

AUG - 8 2016

TIMOTHY McGRATH, CLERK
DEP. CLERK

BY _____